UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-60853-CIV-WILLIAMS

UNITED STATES OF AMERICA *ex rel.*,
DAVID DI PIETRO,

    Plaintiffs,

v.

21st CENTURY ONCOLOGY, INC. and
JOHN DOES 1-100,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiffs' notice of voluntary dismissal without prejudice. (DE 37). Upon review of the notice and the record, the Court **ORDERS AND ADJUDGES** that this action is **DISMISSED WITHOUT PREJUDICE**. All deadlines and hearings are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12th day of October, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE